Kelley et ux. *v.* Belle et ux., Appellants.

Argued April 28, 1971. Before JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

594

*Robert S. Glass,* for appellants.

*Robert E. Woodside,* with him *Stanley G. Stroup,* for appellees.

OPINION PER CURIAM, December 20, 1971:

Decree affirmed. Costs on appellants.

Mr. Chief Justice BELL took no part in the consideration or decision of this case.